UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22663-DPG

HOWARD COHAN,

    Plaintiff,

vs.

BRANDSMART USA OF
SOUTH DADE, LLC,
a Foreign Limited Liability Company,
d/b/a BRANDSMART USA,

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BRANDSMART USA OF SOUTH DADE, LLC, a Foreign Limited Liability Company, d/b/a BRANDSMART USA, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 13, 2025.

| | |
|---|---|
| By: /s/ **Gregory S. Sconzo** | By: */s/ Steven M. Appelbaum* |
| Gregory S. Sconzo, Esq. | Steven M. Appelbaum |
| Florida Bar No.: 0105553 | Florida Bar No. 71399 |
| Sconzo Law Office, P.A. | Saul Ewing LLP |
| 300 Avenue of the Champions, Suite 260 | *Counsel for Defendant* |
| Palm Beach Gardens, FL 33418 | 701 Brickell Avenue, 17th Floor |
| Telephone: (561) 729-0940 | Miami, FL 33131 |
| Facsimile: (561) 491-9459 | Telephone: (305) 428-4500 |
| Email: greg@sconzolawoffice.com | Facsimile: (305) 374-4744 |
| Email: perri@sconzolawoffice.com | E-Mail: steven.appelbaum@saul.com |
| Attorney for Plaintiff | susan.lewis@saul.com |
| | wpb-ctdocs@saul.com |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                /s/ Gregory S. Sconzo
                                                                **Gregory S. Sconzo, Esq.**