UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-22663-DPG

HOWARD COHAN,

    Plaintiff,

vs.

BRANDSMART USA OF
SOUTH DADE, LLC,
a Foreign Limited Liability Company,
d/b/a BRANDSMART USA,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN, and the Defendant, BRANDSMART USA OF SOUTH DADE, LLC, a Foreign Limited Liability Company, d/b/a BRANDSMART USA, (collectively referred to herein as "the Parties") hereby stipulate to the dismissal of all claims that were brought or could have been brought by Plaintiff in this action, with prejudice. The Parties shall bear their own attorneys' fees, costs and expenses except as otherwise agreed to between the Parties.

RESPECTFULLY SUBMITTED February 26, 2025.

| | |
|---|---|
| By: */s/ Gregory S. Sconzo* | By: */s/ Steven M. Appelbaum* |
| Gregory S. Sconzo, Esq. | Steven M. Appelbaum |
| Florida Bar No.: 0105553 | Florida Bar No. 71399 |
| SCONZO LAW OFFICE, P.A. | SAUL EWING LLP |
| 300 Avenue of the Champions, Suite 260 | 701 Brickell Avenue, 17th Floor |
| Palm Beach Gardens, FL 33418 | Miami, FL 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 428-4500 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 374-4744 |
| Email: greg@sconzolawoffice.com | Emails: steven.appelbaum@saul.com, |
| Email: shtalia@sconzolawoffice.com | susan.lewis@saul.com, wpb-ctdocs@saul.com, |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                  */s/ Gregory S. Sconzo*
                                                               Gregory S. Sconzo, Esq.